# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RACHEL SALLEY, Individually and on
Behalf of All Others Similarly Situated                           PLAINTIFF

v.                          No. 4:16-cv-542-DPM

ABC FINANCIAL SERVICES, INC.                                     DEFENDANT

## ORDER

1. The Court held a hearing on 6 September 2017 on Salley's lawyers' motion to withdraw, № 21. The Court's Order required the lawyers and Salley to attend. They did; Salley did not. Counsel confirmed to the Court at the hearing that they had communicated the Court's Order that Salley attend to Salley.

2. For good cause, the motion to withdraw, № 21, is granted. The lawyers and Salley agree that their relationship has broken down and cannot be repaired. Counsel must, as soon as practicable, copy their entire file and send it to Salley. Counsel must also file notice with the Court reflecting that this has been done and providing the Court with all of Salley's contact information. Notice due by 8 September 2017.

3. By 18 September 2017, Salley must file a paper with the Court covering two points. First, she must explain why she did not comply with the Court's Order and attend the 6 September 2017 hearing. Second, she must inform the Court whether she intends to proceed *pro se* or hire a new lawyer. If Salley intends to hire a new lawyer, she must do so, and that lawyer must appear by 29 September 2017.

4. The Court directs Salley's former lawyers to send her a copy of this Order with the file, as well as by e-mail. The Court also directs the Clerk to send another copy of this Order directly to Salley when the contact information is available.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 September 2017