# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RACHEL SALLEY, Individually and on
Behalf of All Others Similarly Situated**                    **PLAINTIFF**

**v.**                              **No. 4:16-cv-542-DPM**

**ABC FINANCIAL SERVICES, INC.**                          **DEFENDANT**

## ORDER

1.    Notice of pending settlement, № 28, appreciated. Congratulations.  The Final Scheduling Order, № 7, is suspended, and the 5 February 2018 trial is canceled.

2.    The Court must evaluate the proposed deal.  *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Cade v. Pritchett, Inc.*, 3:14-cv-239-DPM, *№ 19 & 27*.  Please file a joint motion, with the proposed agreement attached, by 18 October 2017.  The terms must be public.  *Delock v. Securitas Security Services USA, Inc.*, 4:11-cv-520-DPM, *№ 70 at 3-4*.  If there's a lawyer's fee involved, also file the billing records; either redact any privileged information, or file them under seal if redaction is impracticable.

So Ordered.

_NP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

29 September 2017