# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RACHEL SALLEY, Individually and on
Behalf of All Others Similarly Situated                     PLAINTIFF

v.                          No. 4:16-cv-542-DPM

ABC FINANCIAL SERVICES, INC.                                DEFENDANT

## ORDER

Joint motion, № 30, noted. To confirm that there's no hanging issue about Salley's former counsel's fees, the Court directs the parties to serve the joint motion and this Order on Josh Sanford, Joshua West, and Sanford Law Firm, and file proof of service by 26 October 2017. Sanford has until 2 November 2017 to object or assert any lien on the settlement. The Court will take his silence as acquiescence in the deal.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 October 2017