# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RACHEL SALLEY, Individually and on
Behalf of All Others Similarly Situated                              PLAINTIFF

v.                        No. 4:16-cv-542-DPM

ABC FINANCIAL SERVICES, INC.                                         DEFENDANT

## ORDER

ABC hasn't filed proof of service of the settlement motion, № 30, by the deadline. № 31. Please file it.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 November 2017