# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RACHEL SALLEY, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                          No. 4:16-cv-542-DPM

ABC FINANCIAL SERVICES, INC.                               DEFENDANT

## ORDER

1. The Court appreciates ABC's notice, № 33. Salley's former lawyers know about the proposed settlement and seek no fees from the settlement funds.

2. The joint motion, № 30, is granted. All things considered, the proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). It makes Salley whole for her alleged unpaid wages, plus liquidated damages in an equal amount; it also addresses other potential claims with a further agreed payment and related release. Salley's complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017