# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

RACHEL SALLEY, Individually and on
Behalf of All Others Similarly Situated                          PLAINTIFF

v.                          No. 4:16-cv-542-DPM

ABC FINANCIAL SERVICES, INC.                                     DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

13 November 2017